Date of Arrest: **03/06**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, Vs. Rigoberto DOMINGUEZ-Diaz AKA: None Known 087916201 YOB: 1983 Citizen of: Mexico Defendant | Magistrate Case No. 22-1336MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about March 06, 2022 Defendant Rigoberto DOMINGUEZ-Diaz, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about November 05, 2021. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Louie Uhl*
*SAD for LCU*

Signature of Complainant
Sergio Mora
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____March 07, 2022_____ at   Yuma, Arizona
Date                                                         City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                 Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Rigoberto DOMINGUEZ-Diaz
AKA: None Known
087916201

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 06, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about January 26, 2010. The Defendant has been removed on five previous occasions. The Defendant was most recently removed on or about November 05, 2021, through the port of Nogales, Arizona, subsequent to a conviction in an United States District Court, District of Arizona on or about September 21, 2021, for the crime of Reentry of Removed Alien, a felony.

Agents determined that on or about March 06, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Brendan C. McBride, Chad Lisonbee, and Luis Martinez-Noriega.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Jonathan Coulter.

Signature of Complainant

Sworn to before me and subscribed telephonically,

March 07, 2022
Date

Signature of Judicial Officer